UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-21557 GMB

Debtor: Edward J. & Jennifer L. McMahon

| Check Number | Creditor | Amount |
|---|---|---|
| 1687597 | Wells Fargo Home Mortgage, Inc. | 1118.37 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 14, 2010